UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGUE KOUMBA[2],

                Plaintiff,

-against-

IMMIGRATION IN NEW YORK,

                Defendant.

22-CV-3403 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated April 28, 2022, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint and the *in forma pauperis* application with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page for either document. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  May 31, 2022
          New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge