UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGUE KOUMBE[2],

                          Plaintiff,

              -against-

IMMIGRATION IN NEW YORK,

                          Defendant.

22-CV-3403 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 31, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 11(a) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    May 31, 2022
          New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge